IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>James R. Chaffin, *et al.*,<br><br>　　　　　Defendants. | No. CV-25-04766-PHX-JJT<br><br>**ORDER** |

At issue is Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 6), which they filed on December 24, 2025. On January 5, 2026, the Court entered an Order stating that *pro se* Plaintiff Jane Doe must file a Response to Defendants' Motion by February 2, 2026, and that failure to do so would result in dismissal of this case. (Doc. 7.) That date has come and gone, and Plaintiff has filed no Response. Local Rule 7.2(i) provides that "if the opposing party does not serve and file the required answering memoranda . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Because Plaintiff failed to file a Response, Defendants are entitled to summary disposition of their Motion to Dismiss. *Brydges v. Lewis*, 18 F.3d 651, 653 (9th Cir. 1994). Moreover, the Court finds merit to the arguments for dismissal Defendants present in their Motion to Dismiss (Doc. 6).

**IT IS THEREFORE ORDERED** granting Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 6) and dismissing Plaintiff's claims in this matter.

. . .

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment and close this case.

Dated this 9th day of February, 2026.

_____
Honorable John J. Tuchi
United States District Judge